77 A.3d 486

**Clara A. Henriquez ALEMAN**

v.

**STATE of Maryland.**

**No. 19, Sept. Term, 2013.**

Court of Appeals of Maryland.

Oct. 9, 2013.

Richard C. Bittner (Law Office of Richard C. Bittner, Glen Burnie, MD), on brief, for petitioner.

Jeremy M. McCoy, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, Baltimore, MD), on brief, for respondent.

Submitted before BARBERA, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, McDONALD and WATTS, JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 9th day of October, 2013,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.